| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Curiel, Gonzalo P. | 2. Court or Organization<br><br>U.S. District Court, Southern District of California | 3. Date of Report<br><br>11/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III judge nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,  Date 11/10/2011<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>10/31/2011 |
| 7. Chambers or Office Address<br><br>220 West Broadway<br>San Diego, CA 92101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Urban Discovery Academy Charter School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 11/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | State of California - salary | $196,968.00 |
| 2. | 2010 | State of California - salary | $192,343.00 |
| 3. | 2009 | State of California - salary | $193,201.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 11/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Family Trust # 1 | | | | | Exempt | | | | |
| 2. | - First Credit Union | A | Interest | K | T | | | | | |
| 3. | - Wells Fargo Bank | A | Interest | K | T | | | | | |
| 4. | - Maui, HI real property | | None | N | W | | | | | |
| 5. | - Glendale, AZ real property parcel #1 | | None | M | W | | | | | |
| 6. | - Glendale, AZ real property parcel #2 | B | Rent | M | W | | | | | |
| 7. | - Various boats | | None | L | U | | | | | |
| 8. | - Various vehicles | | None | K | U | | | | | |
| 9. | California Retirement System II | D | Interest | L | T | | | | | |
| 10. | American Funds Moderate Allocation Portfolio | A | Dividend | J | T | | | | | |
| 11. | MFS Emerging Markets Portfolio | A | Dividend | J | T | | | | | |
| 12. | MFS Research International Portfolio | A | Dividend | J | T | | | | | |
| 13. | PIMCO Inflation Protected Portfolio | A | Dividend | J | T | | | | | |
| 14. | PIMCO Total Return Portfolio | A | Dividend | J | T | | | | | |
| 15. | T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | |
|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 |
| C =$2,501 - $5,000 | D =$5,001 - $15,000 |
| E =$15,001 - $50,000 | F =$50,001 - $100,000 |
| G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 |
| H2 =More than $5,000,000 | J =$15,000 or less |
| K =$15,001 - $50,000 | L =$50,001 - $100,000 |
| M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 |
| P2 =$5,000,001 - $25,000,000 | P3 =$25,000,001 - $50,000,000 |
| P4 =More than $50,000,000 | Q =Appraisal |
| R =Cost (Real Estate Only) | S =Assessment |
| T =Cash Market | U =Book Value |
| V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 11/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Wife is a co-trustee and co-beneficiary of Family Trust #1 which is a revocable living trust funded by my wife's father. As a co-trustee, my wife shares unlimited access and full control of the trust assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 11/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 3 | 925 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 52 | 436 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | 1 | 398 | 351 |
| Real estate owned – personal residence | 1 | 500 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 94 | 300 | Car lease | | 15 | 445 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 766 | 778 | | | | |
| California Retirement System II | | 69 | 827 | | | | |
| | | | | Total liabilities | 1 | 413 | 796 |
| | | | | Net Worth | 1 | 073 | 470 |
| Total Assets | 2 | 487 | 266 | Total liabilities and net worth | 2 | 487 | 266 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |